**Order entered February 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00130-CV

## IN RE SEAN D. CLANCY, Relator

**Original Proceeding from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-56020-2018**

# ORDER
Before Justices Brown, Schenck, and Reichek

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     AMANDA L. REICHEK
        JUSTICE